UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          : Chapter 13

    LISA GREEN-HARVEY                     : Bankruptcy No.  18-13423JKF

    Debtor(s)                                     :

## PRAECIPE

Kindly (re)schedule a Confirmation Hearing on <u>November 20, 2019</u> at 9:30 A.M. in the above-captioned matter, with notice to debtor(s), debtor's counsel, standing trustee and all creditors.

                                                   Respectfully submitted,

Date:  October 29, 2019                    *<u>/s/Polly A. Langdon</u>*
                                                   Polly A. Langdon, Esq.
                                                   for
                                                   Scott F. Waterman, Esq.,
                                                   Chapter 13 Standing Trustee
                                                   2901 St. Lawrence Avenue
                                                   Reading, PA 19606-0410
                                                   Telephone:  (610) 779-1313