*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Lisa Green–Harvey

    Debtor(s)

Case No: 18–13423–jkf

Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Jean K. FitzSimon

, United States Bankruptcy Court 11/20/19 at 09:30 AM , in Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

57
Form 152