```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                        Case No. 18-13423-jkf
Lisa Green-Harvey                                             Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Lisa              Page 1 of 2              Date Rcvd: Oct 30, 2019
                              Form ID: 152            Total Noticed: 20
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
db             +Lisa Green-Harvey,    1219 68th Avenue,    Philadelphia, PA 19126-2829
14111806       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
14166736        BANK OF AMERICA, N.A.,    PO BOX 31785,    Tampa FL 33631-3785
14111807       +Credit Acceptance,   25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
14111810       +FedLoan Servicing,   Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14130997       +Hyundai Capital America DBA,    Kia Motors Finance,    PO Box 20825,
                 Fountain Valley, CA 92728-0825
14111811       +I C System Inc,   444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
14111812       +Kia Motors Finance Co,    Po Box 20825,    Fountain Valley, CA 92728-0825
14174692       +PNC Bank, N.A.,   P.O. Box 94982,    Cleveland, OH 44101-4982
14111814       +Pnc Bank,   2730 Liberty Ave,    Pittsburgh, PA 15222-4747

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 31 2019 03:38:39      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2019 03:38:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 31 2019 03:38:26     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14223774        E-mail/Text: megan.harper@phila.gov Oct 31 2019 03:38:39      City of Philadelphia,
                 Law Department Tax Unit,   Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
14112546       +E-mail/Text: bankruptcy@cavps.com Oct 31 2019 03:38:23      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14111808       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 31 2019 03:38:58
                 Credit Collections Services,   Attention: Bankruptcy,    725 Canton Street,
                 Norwood, MA 02062-2679
14111809       +E-mail/Text: electronicbkydocs@nelnet.net Oct 31 2019 03:38:15      Dept of Ed / 582 / Nelnet,
                 Attn: Claims,   Po Box 82505,    Lincoln, NE 68501-2505
14169767       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 31 2019 03:56:33      Directv, LLC,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14111813       +E-mail/Text: BKRMailOps@weltman.com Oct 31 2019 03:38:17     Michael J. Dougherty,
                 Weltman Weinberg & Reis CO., L.P.A.,    325 Chestnut Street,    Suite 501,
                 Philadelphia, PA 19106-2605
14111815       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 31 2019 03:37:30
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL   33631-3785
14175737*      +PNC Bank, N.A.,   P.O. Box 94982,    Cleveland, OH 44101-4982
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                       Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Lisa                 Page 2 of 2              Date Rcvd: Oct 30, 2019
                              Form ID: 152               Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GEORGETTE   MILLER    on behalf of Debtor Lisa  Green-Harvey info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              JEROME B. BLANK    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Lisa Green−Harvey
    Debtor(s)

Case No: 18−13423−jkf

Chapter: 13

---

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Jean K. FitzSimon

, United States Bankruptcy Court 11/20/19 at 09:30 AM , in Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

57
Form 152