*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lisa Green–Harvey
    Debtor(s)

Case No: 18–13423–jkf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon, United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*

Motion for Relief from Stay RE: 1219 68th Avenue, Philadelphia, PA 19126–2829. Fee Amount $181.00, Filed by BANK OF AMERICA, N.A. Represented by SHERRI J. SMITH (Counsel).

    on: 1/7/20

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 12/5/19

Timothy B. McGrath
Clerk of Court

64 – 62
Form 167