United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lisa Green-Harvey  
    Debtor

Case No. 18-13423-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Joan     Page 1 of 1     Date Rcvd: Dec 05, 2019  
                       Form ID: 167     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.

```
db             +Lisa Green-Harvey,    1219 68th Avenue,    Philadelphia, PA 19126-2829
14111806      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
14166736       BANK OF AMERICA, N.A.,    PO BOX 31785,    Tampa FL 33631-3785
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr*            BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL  33631-3785  
                                                           TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2019 at the address(es) listed below:

```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GEORGETTE MILLER    on behalf of Debtor Lisa  Green-Harvey info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              JEROME B. BLANK    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SHERRI J. SMITH    on behalf of Creditor    BANK OF AMERICA, N.A. sherri.smith@phelanhallinan.com,
               pa.bkecf@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lisa Green−Harvey
    Debtor(s)

Case No: 18−13423−jkf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***

Motion for Relief from Stay RE: 1219 68th Avenue, Philadelphia, PA 19126−2829. Fee Amount $181.00, Filed by BANK OF AMERICA, N.A. Represented by SHERRI J. SMITH (Counsel).

    on: 1/7/20

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

Date: 12/5/19

For The Court

Timothy B. McGrath
Clerk of Court