IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
LISA GREEN-HARVEY :
A/K/A LISA HARVEY : BK. No. 18-13423 JKF
           Debtor :

## ORDER

AND NOW, this 26th day of February, 2020, it is hereby ORDERED that the corresponding Stipulation is hereby approved, ~~shall be, and is hereby made an Order of this Court and it is further~~

ORDERED that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

*/s/ Jean K. Fitzsimon*

JEAN K. FITZSIMON,
Bankruptcy Judge

SCOTT F. WATERMAN, ESQ.
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

JEROME B. BLANK, ESQ.
PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JFK BOULEVARD
SUITE 1400
PHILADELPHIA, PA 19103

GEORGETTE MILLER, ESQ.
LAW OFFICE OF GEORGETTE MILLER ESQ. PC
335 EVESHAM AVENUE
LAWNSIDE, NJ 08045

LISA GREEN-HARVEY
1219 68TH AVENUE
PHILADELPHIA, PA 19126-2829

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106