Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 18-13423-AMC**

LISA GREEN-HARVEY  
1219 68TH AVENUE  
PHILADELPHIA  PA    19126

Petition Filed Date: 05/23/2018  
341 Hearing Date: 07/13/2018  
Confirmation Date: 11/20/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $1,000.00 | 25383787863 | 01/08/2019 | $325.00 | 25383787874 | 02/07/2019 | $1,000.00 | 25383792745 |
| 02/07/2019 | $325.00 | 25383792756 | 03/07/2019 | $325.00 | 25723726727 | 03/07/2019 | $1,000.00 | 25723726716 |
| 09/10/2019 | $1,000.00 | 26127657775 | 09/11/2019 | $325.00 | 25997981545 | 10/23/2019 | $700.00 | 26295509340 |
| 03/09/2020 | $500.00 | 26482218298 | 03/09/2020 | $500.00 | 26482205248 | 03/24/2020 | $100.00 | 26475199716 |
| 03/24/2020 | $600.00 | 26475199705 | 06/11/2020 | $1,000.00 | 26482259597 | 06/11/2020 | $1,000.00 | 26482259608 |
| 06/11/2020 | $500.00 | 26482259610 | 07/14/2020 | $475.00 | 26753063760 | 07/14/2020 | $1,000.00 | 26753063758 |

**Total Receipts for the Period: $11,675.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,805.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Unsecured Creditors | $7,172.89 | $0.00 | $7,172.89 |
| 2 | CAVALRY INVESTMENTS LLC<br>»» 002 | Unsecured Creditors | $728.54 | $0.00 | $728.54 |
| 3 | KIA MOTORS FINANCE<br>»» 003 | Unsecured Creditors | $16,118.80 | $0.00 | $16,118.80 |
| 4 | BANK OF AMERICA N.A.<br>»» 004 | Mortgage Arrears | $24,738.55 | $7,977.20 | $16,761.35 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 005 | Unsecured Creditors | $296.24 | $0.00 | $296.24 |
| 6 | PNC BANK<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PNC BANK<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PNC BANK<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | FEDERAL LOAN SERVICING<br>»» 010 | Unsecured Creditors | $203,903.95 | $0.00 | $203,903.95 |
| 10 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $919.59 | $296.54 | $623.05 |
| 0 | GEORGETTE MILLER ESQ | Attorney Fees | $9,000.00 | $0.00 | $9,000.00 |

**Chapter 13 Case No. 18-13423-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,805.00 | Current Monthly Payment: | $700.00 |
| Paid to Claims: | $8,273.74 | Arrearages: | $700.00 |
| Paid to Trustee: | $1,531.26 | Total Plan Base: | $43,305.00 |
| Funds on Hand: | $9,000.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.