**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Lisa Green-Harvey                                              CHAPTER 13

      DEBTOR                                                       BANKRUPTCY NO: 18-13423

**CERTIFICATION OF NO RESPONSE**

    I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>September 24, 2020</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

    I respectfully request that the Court enter the attached Order.

Dated:  October 14, 2020                           <u>/s/ Georgette Miller, Esq.</u>
                                                               Georgette Miller, Esq.
                                                               Law Office of Georgette Miller
                                                               335 Evesham Avenue
                                                                Lawnside, NJ 08054

{00392582;v1}