*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lisa Green−Harvey
    Debtor(s)

Case No: 18−13423−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Application for Compensation for GEORGETTE MILLER, Debtor's Attorney, Period: 5/23/2018 to 3/31/2020, Fee: $8024.46, Expenses: $1275.54. Filed by GEORGETTE MILLER Represented by Self(Counsel).

on: 11/18/20

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/15/20

Timothy B. McGrath
Clerk of Court

86 − 82
Form 167