# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Lisa Green-Harvey                                CHAPTER 13

DEBTOR(S)                                BANKRUPTCY NO: 18-13423

## ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel, Margolis Edelstein ("the Applicant"), and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation in the amount of $ 8,024.46 and reimbursement of expenses in the amount of $1,275.54 are **ALLOWED** in favor of the Applicant.
3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in paragraph 2 above as administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), less $300.00, which has been previously paid by Debtor(s), to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

_____
Bankruptcy Judge

Date: XXXX September XX, 2020

**Date: November 18, 2020**

cc:   Scott Waterman
      Chapter 13 Trustee
      2901 St. Lawrence Avenue, Suite 100
      Reading, PA 19606

      United States Trustee
      833 Chestnut Street, Suite 500
      Philadelphia, PA 19107

      Lisa Green-Harvey
      1219 68th Avenue
      Philadelphia, PA 19126

{00392579;v1}