# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lisa Green-Harvey  aka Lisa Harvey | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 18-13423 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                      Respectfully submitted,

                                /s/ *Rebecca Solarz*
                                Rebecca Solarz
                                01 Dec 2020, 12:18:45, EST

                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322