| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-13423-AMC**

LISA GREEN-HARVEY
1219 68TH AVENUE
PHILADELPHIA PA 19126

Petition Filed Date: 05/23/2018
341 Hearing Date: 07/13/2018
Confirmation Date: 11/20/2019

Case Status: Dismissed After Confirmation on 5/19/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/09/2020 | $500.00 | 26482218298 | 03/09/2020 | $500.00 | 26482205248 | 03/24/2020 | $100.00 | 26475199716 |
| 03/24/2020 | $600.00 | 26475199705 | 06/11/2020 | $1,000.00 | 26482259597 | 06/11/2020 | $1,000.00 | 26482259608 |
| 06/11/2020 | $500.00 | 26482259610 | 07/14/2020 | $475.00 | 26753063760 | 07/14/2020 | $1,000.00 | 26753063758 |
| 09/22/2020 | $1,000.00 | 26753095754 | 10/20/2020 | $1,000.00 | 26850803725 | 11/12/2020 | $800.00 | 26850815111 |
| 12/17/2020 | $700.00 | 27015251657 | 04/09/2021 | $700.00 | 27015292293 | | | |

**Total Receipts for the Period: $9,875.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $23,005.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Unsecured Creditors | $7,172.89 | $0.00 | $7,172.89 |
| 2 | CAVALRY INVESTMENTS LLC<br>»» 002 | Unsecured Creditors | $728.54 | $0.00 | $728.54 |
| 3 | KIA MOTORS FINANCE<br>»» 003 | Unsecured Creditors | $16,118.80 | $0.00 | $16,118.80 |
| 4 | BANK OF AMERICA N.A.<br>»» 004 | Mortgage Arrears | $24,738.55 | $11,714.29 | $13,024.26 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 005 | Unsecured Creditors | $296.24 | $0.00 | $296.24 |
| 6 | PNC BANK<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PNC BANK<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PNC BANK<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | FEDERAL LOAN SERVICING<br>»» 010 | Unsecured Creditors | $203,903.95 | $0.00 | $203,903.95 |
| 10 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $919.59 | $435.45 | $484.14 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $9,000.00 | $9,000.00 | $0.00 |

**Chapter 13 Case No. 18-13423-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,005.00 | Current Monthly Payment: | $700.00 |
| Paid to Claims: | $21,149.74 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,855.26 | Total Plan Base: | $43,305.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.